AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Seth Schlessinger)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
Sharif El-Battouty

Defendant

Case No. 18-1157-M

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Sharif El-Battouty, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Engaging in Child Exploitation Enterprise, in violation of 18 U.S.C. § 2252A(g).

Date: 07/18/2018

*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

Hon. Lynne A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-18-18, and the person was arrested on *(date)* 7-19-18
at *(city and state)* NY

Date: 7-19-18

FBI
*Arresting officer's signature*

*Printed name and title*