IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| vs.                                      ) | CRIMINAL NO. 18-352-3 |
| ) | |
| SHARIF EL-BATTOUTY         ) | |

**ORDER**

AND NOW, on this 13th day of August, 2019, upon consideration of Defendant's Unopposed Motion for Extension of Time to File Post-Trial Motions, it is HEREBY ORDERED that said motion is GRANTED. Defendant shall file any post-trial motions by August 30, 2019.

BY THE COURT:

_/s/ Harvey Bartle III_
HONORABLE HARVEY BARTLE III
United States District Judge