IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHARIF EL-BATTOUTY | : | NO. 18-352-3 |

<u>ORDER</u>

AND NOW, this 22nd day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant for a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure (Doc. # 166) is DENIED; and

(2)  the motion of defendant for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure (Doc. # 167) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                                                                      J.