IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-352-3 |
| | ) | |
| SHARIF EL-BATTOUTY | ) | |

**ORDER**

AND NOW, on this 29th day of January, 2020, upon consideration of Defendant's Unopposed Motion for Continuance of Sentencing, it is HEREBY ORDERED that said motion is GRANTED. Defendant's sentencing shall be continued until March 2, 2020 at 11:00 A.M.

BY THE COURT:

/s/ Harvey Bartle

HONORABLE HARVEY BARTLE III
United States District Judge