```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHARIF EL-BATTOUTY | : | NO. 18-352-3 |

## ORDER

AND NOW, on this 23rd day of January 2024, for the reasons stated in the accompanying memorandum, it is ORDERED that:

(1)  The motion of defendant Sharif El-Battouty to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 289) is hereby DENIED; and

(2)  No certificate of appealability will be issued.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.